This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STEVENS REAL ESTATE, L.L.C.,**
**a New Mexico Limited Liability Co.,**

Plaintiff-Appellant,

v.                                                            **NO. 29,498**

**HUNTER'S DRAW, L.L.C.,**
**a New Mexico Limited Liability Co.,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Karen L. Parsons, District Judge**

David M. Stevens, Attorneys at Law, P.C.
C. William Sutherland
Ruidoso, NM

for Appellant

Burroughs & Rhodes
Jefferson R. Rhodes
Alamogordo, NM

for Appellee

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Judge**


_____
**ROBERT E. ROBLES, Judge**